**Order filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00778-CV
_____

**TAMMY DEWOLF, CHRISTINA DEWOLF, AMANDA DEWOLF AND KAITLYN DEWOLF, Appellants**

**V.**

**RICHIE KOHLER, ERIC KIEBLER, OCEANIC VENTURES INC, MV JOHN JACK, A & E TELEVISION, NETWORKS, INC., ITI HOLDINGS, INC., AND LAMARTEK, INC. (D/B/A "DIVE RITE"), Appellees**

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2010-46416**

## O R D E R

The clerk's record was filed January 22, 2014. Appellants' counsel advised this court that on April 22, 2014, he requested supplementation of the record with relevant items that were omitted from the clerk's record. *See* Tex. R. App. P.

34.5(c). To date, no supplemental clerk's record has been filed. Accordingly, we issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 13, 2014**, containing the following documents:

1. Plaintiffs' Second Amended Petition;

2. Plaintiffs' Third Amended Petition;

3. Plaintiffs' Fourth Amended Petition;

4. Plaintiffs' Fifth Amended Petition;

5. Defendant Lamartek's Motion for Summary Judgment;

6. Defendant Lamartek's Motion for Rehearing;

7. Defendant ITI Holdings Motion for Summary Judgment;

8. Defendant ITI Holdings Motion for Rehearing.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM